IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 5:08-CV-351(HL) |
| CLAUDINE LOUDERMILK and LIFE EQUITY, L.L.C., | : : : | |
| Defendants. | : : | |

# ORDER

Before the Court is the parties' Consent Motion for Dismissal of All Claims (Doc. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action <u>without</u> a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This rule applies to the dismissal of crossclaims. <u>See</u> Fed. R. Civ. P. 41(c).

As all parties in this case consent to a dismissal of all claims, the parties do not need a Court order to dismiss their claims. Instead of filing a motion requesting a Court order, the parties could have simply filed a stipulation of dismissal in accordance with Rule 41. <u>See, e.g.</u>, <u>Green v. Nevers</u>, 111 F.3d 1295, 1301 (6th Cir. 1997) ("[A] properly stipulated dismissal under Rule 41(a)(1)(A)(ii) is self-executing and does not require judicial approval."). The parties also improperly filed their

1

Consent Motion because it is in the form of a proposed order. If the parties wanted a Court order, even though they did not need one, they should have filed a motion with a proposed order attached.

Despite the parties' pursuit of a procedural route that is not necessary to obtain dismissal and the improper form of their Consent Motion, the Court hereby grants their Consent Motion for Dismissal.  All claims of all parties are dismissed with prejudice.  Each party shall bear its own costs and attorney's fees.

**SO ORDERED**, this the      day of January, 2009

                                        **s/Hugh Lawson**
                                        **HUGH LAWSON, Judge**

dhc